Appeal from a judgment of the Monroe County Court (John L. DeMarco, J.), rendered March 20, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal sexual act in the first degree.
 

 It is hereby ordered that the judgment so appealed from is unanimously affirmed.
 

 Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal sexual act in the first degree (Penal Law § 130.50 [4]). Defendant’s challenge to County Court’s order compelling him to provide a buccal swab for DNA analysis is forfeited by his guilty plea (see People v Smith, 138 AD3d 1415, 1416 [4th Dept 2016]; see generally People v Hansen, 95 NY2d 227, 230-232 [2000]). Contrary to defendant’s further contention, we conclude that the negotiated sentence is not unduly harsh or severe.
 

 Present—Smith, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.